# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: USA v ANTHONY WILLIAMS

Case Number: 17 CR 173 -1

An appearance is hereby filed by the undersigned as attorney for:
Anthony Williams

Attorney name (type or print): MICHAEL D. WALSH

Firm: Law office of Michael Walsh

Street address: P.O Box 120

City/State/Zip: Western Springs IL 60558

Bar ID Number: 328290
(See item 3 in instructions)

Telephone Number: 708-784-9369

Email Address: Walshlawoffice@comcast.net

FILED
MAR 23 2017
3-23-17
Magistrate Judge Sidney I. Schenkier
United States District Court

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☐ | ☐ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☒ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you a
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 3-23-17

Attorney signature: S/ Michael D. Walsh
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015