# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                         Case No.: 1:17−cr−00173
                                         Honorable John Robert Blakey

Anthony Williams, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 26, 2021:

      MINUTE entry before the Honorable John Robert Blakey: Based upon the emailed letter to the Courtroom Deputy on 10/25/2021, Defense counsel is ordered to meet with his client and file a updated status report on or before 11/12/2021. Mailed notice (gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.