# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                         Case No.: 1:17−cr−00173
                                               Honorable John Robert Blakey

Anthony Williams, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 16, 2021:

      MINUTE entry before the Honorable John Robert Blakey: Based upon the emailed correspondence received from Defendant Anthony Williams (1) on 11/15/2021, telephonic status hearing set for 11/23/2021 at 1:00 p.m. in Courtroom 1203. Counsel shall call into 877−402−9753 and utilize participant code 9955840. The Court will make Mr. Williams available by telephone. Mailed notice (gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.