

Anthony Williams
#51975-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

**FILED**

NOV 30 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

November 22, 2021

Hon. John Robert Blakey
U.S. District Court
For the Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

Re: USA v. Anthony Williams,    17 CR 173-1

Dear Judge Blakey:

    I respectfully request that this Honorable Court grant me leave to terminate the services of Attorney Michael Walsh and for the Court to appoint me alternative representation pursuant to the Criminal Justice Act.

    On October 25, 2021, a friend sent an email to the Court on my behalf detailing the problems that I was having with court appointed attorney Walsh's representation, or lack thereof. The Court entered an order on October 26, 2021, that my attorney, Michael Walsh, be in contact with me and file a status report on or before November 12, 2021. he failed to contact me or any member of my family and I sent an email to the Court with this information on November 15, 2021. The pacer records as of November 15, 2021 do not reflect such a report to have been filed; your order was ignored. Further, Mr. Walsh would be unable to prepare such a report, since he has not spoken with me -- not even a telephone conversation.

    As stated in the email, due to the complexity of my upcoming sentencing hearing and the arguments I would make on my behalf at sentencing, the coDefendant sentences, and the likelihood that a cooperating coDefendant may testify at my sentencing hearing, I would need to prepare with an attorney who is attentive to my case and zealous in representation and argument.

    In reviewing my contacts and discussions with Mr. Walsh, I have now realized that he negotiated a plea agreement with the U.S. Attorney in terms inconsistent with what I believed that I was culpable for and which I had expressed to Attorney Walsh. Unfortunately, I did not see the Plea Agreement until the day that I signed the agreement. Mr. Walsh briefly described the details of the Plea Agreement to me in the attorney/client holding room by the

219 S. Dearborn detainee "bullpen" prior to being taken to your courtroom. Mr. Walsh insisted that I needed to sign the agreement that day since trial was to begin on or about July 21-22, 2019. The Plea was filed on July 17, 2019. I bring this to the Court's attention since it is symptomatic of the representation that Mr. Walsh has rendered in my case.

During the COVID-19 pandemic's worst days, I rarely communicated with Attorney Walsh, although other inmates had regular telephone calls with their attorney(s). After pleading guilty and throughout the last two years, I have attempted to speak with Attorney Walsh concerning the following:

- that although Walsh stated he would argue for a reduced sentence in my case, the three criminal history points assessed in my history precludes my taking advantage of the First Step Act amended safety valve provision;

- my role in the conspiracy;

- the error in the type and amount of drugs that I pled to;

- codefendants that were similarly situated to me pled to agreements below the ten year mandatory minimum because their pleas did not contain a mandatory minimum sentence and therefore my sentence would be much more severe than similarly situated coDefendants in my case.

Your Honor, from the inception of this case, I have accepted and continue to accept responsibility for participation in this conspiracy, but one that accurately reflects my level of involvement in the conspiracy. I must argue this at sentencing and without adequate representation, it is both unreasonable and prejudicial to believe that I will be able to do so.

Again, please terminate Mr. Walsh's representation in my case, continue my sentencing date, appoint a new attorney to represent me pursuant to the Criminal Justice Act. Thank you for your consideration and help in this matter.

Respectfully submitted,

*Anthony Williams*

Anthony Williams
Defendant
#51975-424

2021 NOV 30  AM 8:06

LEGAL MAIL

Anthony Williams
#51975-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

Hon. John Robert Blakey
United States District Court
For the Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST., CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected.

NOV 2 3 2021

If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.



11/30/2021-25