IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | No. 17CR-143-01 |
| | ) | |
| ANTHONY WILLIAMS | ) | |

### DEFENDANT WILLIAMS STATUS REPORT

DEFENDANT ANTHONY WILLIAMS, through counsel, respectfully provides the following status report as directed by the Court, in support thereof, state as follow:

The Defendant's sentencing hearing is presently scheduled for January 21, 2022. The Defendant and Government expect that there will be testimony concerning two issues: The weight of substances and the use of a residence to further the scheme. Counsel is aware that the agent has testified in the Demetrius Yancy case and Counsel may be willing to stipulate to the testimony in order to avoid r4epetitive testimony.

Counsel has prepared a sentencing memorandum that will include numerous letters of support from family and friends. Those letters are in Counsel's possession but have yet to be filed.

That Counsel received a call today from Mr. Williams from the MCC but the call was disconnected and Mr. Williams did not call back.

Counsel's travel schedule over the past few weeks included multiple days of business travel to Oklahoma City, New York City, Nevada and Mobile, AL and there was the long Thanksgiving break.

I am now advised by the ECF System that Mr. Williams has filed a Motion to terminate my services as his attorney.

WHEREFORE, counsel for ANTHONY WILLIAMS, provides the Court with the Status Report on the case.

DATE: November 30, 2021                     Respectfully submitted,

**S/MICHAEL D. WALSH**
150 S. Wacker-Suite 300
Chicago, IL 60606
312-283-0474
Michaelwalsh@dcklawfirm.com

## CERTIFICATE

The undersigned, MICHAEL WALSH, the attorney certifies that he has read the foregoing Motion and the contents contained therein are true and correct to the best of his knowledge and belief.

**S/MICHAEL D. WALSH**

## CERTIFICATE OF FILING

The undersigned certifies that the foregoing Motion to Continue has been filed with the ECF System for the Northern District of Illinois and copies of said Motion have been delivered to the parties through the electronic filing and notice system for the Northern District of Illinois on November 30, 2021

**S/MICHAEL D. WALSH**