# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                       Case No.: 1:17−cr−00173
                                                          Honorable John Robert Blakey

Anthony Williams, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 7, 2021:

      MINUTE entry before the Honorable John Robert Blakey: Telephonic motion hearing held on 12/7/2021. Defendant Anthony Williams (1) in custody present via telephone with the assistance of defense counsel. Defendant's motion to terminate attorney [759] is granted and the Court will recruit new counsel for Defendant. In person sentencing hearing previously set for 1/21/2022 at 1:00 p.m. in Courtroom 1203 to stand at this time. The Court will make Mr. Williams present in person for the sentencing hearing. Mailed notice (gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.